UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                                Case No. 10-CR-117

SHERRI ANN BOND,

    Defendant.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
RECOMMENDATION (DOC. # 130), AND DENYING DEFENDANT'S MOTION TO
SUPPRESS EVIDENCE (DOC. # 112)

On November 12, 2010, the defendant, Sherri Ann Bond, filed a motion to compel disclosure of confidential informants. In addition, the defendant filed a motion to suppress evidence, and did not request an evidentiary hearing. Moreover she failed to respond to the government's brief in opposition to her motion. On December 6, 2010, Magistrate Judge Aaron Goodstein issued a recommendation and order denying Bond's motion to compel, and recommending that this court deny Bond's motion to suppress as moot. Pursuant to Federal Rule of Criminal Procedure 59, parties are provided 14 days to file objections to an order or recommendation issued by a magistrate judge. No objections have been filed.

On dispositive matters, including motions to suppress evidence, a magistrate judge may propose findings and make recommendations. Fed. R. Crim. P. 59(b)(1). A district court must review de novo the recommendations of the magistrate judge to which a party timely objects. Fed. R. Crim. P. 59(b)(2), (3). Portions of a recommendation to which no party objects are reviewed for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d

734, 739 (7th Cir. 1999); *see also* Fed. R. Crim. P. 59(b)(2) ("Failure to object in accordance with this rule waives a party's right to review.")

Here, the court has reviewed Judge Goodstein's Recommendation as to the defendant's motion to suppress and finds no clear error. Therefore,

IT IS ORDERED that the magistrate judge's Recommendation (Doc. # 130) is adopted, and for the reasons stated therein the defendant's Motion to Suppress (Doc. # 112) is denied as moot.

Dated at Milwaukee, Wisconsin, this 26th day of May, 2011.

BY THE COURT

/s/ C. N. Clevert, Jr.
C. N. CLEVERT, JR.
CHIEF U. S. DISTRICT JUDGE